**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No.: 17-CR-107 (16) DWF/TNL**

_____

United States of America,

          Plaintiff,          **DEFENDANT'S MOTION FOR LEAVE TO ADOPT MOTIONS FILED BY CO-DEFENDANTS**

v.

Thoucharin Ruttanamongkongul (16),

          Defendant.

_____

The defendant, Thoucharin Ruttanamongkongul, through her attorney, Daniel Guerrero, hereby moves the Court for leave to adopt motions filed by co-defendants to be given the same force and effect as if directly filed by her.

WHEREFORE, defendant prays that this Honorable Court treat all motions filed by co-defendants to be equally applicable to Ms. Ruttanamongkongul.

This motion is based upon all files, records, and proceedings herein.

                              MESHBESHER & SPENCE, LTD.

Dated: January 26, 2017          By: */s/ Daniel Guerrero*
                                              Daniel Guerrero, #206040
                                              1616 Park Avenue
                                              Minneapolis, MN 55404
                                              612-339-9121 (ph)
                                              612-339-9188 (fax)

                                              ATTORNEYS FOR DEFENDANT