# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

Michael Morris (1),
Pawinee Unpradit (4),
Saowapha Thinram (5),
Thoucharin Ruttanamongkongul (16),
Waralee Wanless (20),

                    Defendants.

**COURT MINUTES**
Case Number: CR 17-107 (DWF/TNL)

| | |
|---|---|
| Date: | 11/19/2018 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | Devitt |
| Time Commenced: | 8:46 AM /1:22 PM |
| Time Concluded: | 12:15 PM /5:01PM |
| Sealed Hearing Time: | 0 |
| Time in Court: | 7 Hours & 18 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  Plaintiff: Laura M Provinzino & Melinda A Williams, Assistant U.S. Attorney
  Defendant Morris: Robert. D. Sicoli, ☒ CJA
  Defendant Unpradit: Daniel L. Gerdts, ☒ CJA
  Defendant Thinram: Paul C. Engh, ☒ CJA
  Defendant Ruttanamongkongul: Daniel C. Guerrero, ☒ CJA
  Defendant Wanless: Bruce M. Rivers, ☒ Retained

  Thai Interpreters: Phouratsaphone (Paul) Littana, CherLue Vang and Kanokon (Bee) Nimitbunanan.

PROCEEDINGS:

X  **JURY Trial Held.**
X  Trial continued to Tuesday, November 20, 2018 at 9:30 am.
X  Plaintiff's witnesses:   Richard Alexander and Chabaprai Boonluea

IT IS ORDERED:

.
x  Defendants remanded to the custody of the U.S. Marshal.

CLERK'S USE ONLY:

X  Number of trial days with evidence7.
X  Exhibits returned to counsel or parties.

                                        s/Lori Sampson
                                  Signature of Courtroom Deputy