# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: CR 17-107 (DWF/TNL) |
| v. | |

Michael Morris (1),
Pawinee Unpradit (4),
Saowapha Thinram (5),
Thoucharin Ruttanamongkongul (16),
Waralee Wanless (20),

            Defendants.

| | |
|---|---|
| Date: | 12/10/2018 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | Devitt |
| Time Commenced: | 8:26 AM / 1:34 PM |
| Time Concluded: | 12:11 PM / 4:20 PM |
| Sealed Hearing Time: | 0 |
| Time in Court: | 6 Hours & 31 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

**APPEARANCES:**

  Plaintiff: Laura M Provinzino & Melinda A Williams, Assistant U.S. Attorney
  Defendant Morris: Robert. D. Sicoli, ☒ CJA
  Defendant Unpradit: Daniel L. Gerdts, ☒ CJA
  Defendant Thinram: Paul C. Engh, ☒ CJA
  Defendant Ruttanamongkongul: Daniel C. Guerrero, ☒ CJA
  Defendant Wanless: Bruce M. Rivers, ☒ Retained

  Thai Interpreters: Phouratsaphone (Paul) Littana and CherLue Vang.

**PROCEEDINGS:**

- [X] **JURY Trial Held.**
- [X] Trial continued to Tuesday, December 11, 2018 at 8:45 am.
- [X] Closing statements by Attorney Williams, Attorney Engh, Attorney Gurrerro & Attorney Rivers.

**IT IS ORDERED:**
- [x] Defendants remanded to the custody of the U.S. Marshal.

**CLERK'S USE ONLY:**

- [X] Number of trial days with evidence 16.
- [X] Exhibits returned to counsel or parties.

                                                    s/Lori Sampson
                                                   Signature of Courtroom Deputy