# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.

MICHAEL MORRIS,
PAWINEE UNPRADIT,
SAOWAPHA THINRAM,
THOUCHARIN RUTTANAMONGKONGU,
WARALEE WANLESS

DEFENDANTS' EXHIBIT LIST

Criminal No. 17-107 (DWF/TNL)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Donovan W. Frank | Melinda Williams, AUSA<br>Laura M. Provinzino, AUSA | Robert D. Sicoli, Esq.<br>Daniel L. Gerdts, Esq.<br>Paul C. Engh, Esq.<br>Daniel C. Guerrero, Esq.<br>Bruce M. Rivers, Esq. |
| TRIAL DATE(S)<br>11/5/2018- 12/12/2018 | COURT REPORTER<br>Lynne Krenz | COURTROOM DEPUTY<br>Lori Sampson |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 100 | 11/20/18 | | 11/20/18 | Permanent Residency Application Photographs of S.M. aka Amy |
| | 200 | 11/29/18 | | 11/29/18 | Photograph of Pawinee Unpradit |
| | 201 | 11/29/18 | | 11/29/18 | Screenshot of TER Profile Page for Miki Kawaii (a/k/a Pawinee Unpradit) |
| | 203 | 11/29/18 | | 11/29/18 | Extraction Report for "Notes" From Morris Telephone |
| | 300 | 12/4/18 | | 12/4/18 | Thinram Visa Application |